UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CR00264 RWS (AGF) |
| PAUL MAGADANZ, | ) | |
| Defendant. | ) | |

## ORDER

Defendant's motion (Doc. #23) to continue the evidentiary hearing scheduled for June 21, 2006, is hereby **GRANTED**.

Accordingly,

The evidentiary hearing scheduled for June 21, 2006, is hereby cancelled and shall be rescheduled at a later date. The parties shall proceed promptly to reduce their agreement regarding the disposition to writing. On or before **June 27, 2006**, Defendant shall advise the undersigned of the date set for the plea, or otherwise report on the status of the proceedings.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 20th day of June, 2006.